IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 09-462 |
| v. | : | |
| | : | |
| ALEX WADE | : | |

## ORDER

AND NOW, this 29th day of March, 2010, in consideration of Wade's motion to suppress the physical evidence, the government's response, and the hearing testimony, it is ORDERED that the motion to suppress the physical evidence is DENIED.

    /s/ Juan R. Sánchez
    HON. JUAN R. SÁNCHEZ, J.