IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 09-462 |
| v. | : | |
| | : | |
| ALEX WADE | : | |

## **ORDER**

AND NOW, this 29th day of March, 2010, in consideration of the government's motion to admit evidence under Federal Rule of Evidence 404(b), and Wade's response, it is hereby ORDERED that the motion is GRANTED IN PART AND DENIED IN PART as follows:

1. Evidence of a May 1, 2009 drug transaction between Wade and Hendricks and Ranier will be admitted; and

2. Evidence of drug transactions involving Wade prior to May 1, 2009 will be excluded.

/s/ Juan R. Sánchez
HON. JUAN R. SÁNCHEZ, J.